1  TONY WEST
   Assistant Attorney General
2
   MELINDA HAAG (CA Bar No. 132612)
3  United States Attorney
   JOANN M. SWANSON (CA Bar No. 88143)
4  Chief, Civil Division
   GIOCONDA R. MOLINARI (CA Bar No. 177726)
5  Assistants United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7220
7      Facsimile: (415) 436-6748
       Email: Gioconda.Molinari@usdoj.gov
8
   JOYCE R. BRANDA
9  TRACY L. HILMER
   WILLIAM C. EDGAR
10 Attorneys, Civil Division
   Patrick Henry Building, PHB 9016
11 601 D Street
   Washington, D.C. 20530
12 Tel.: (202) 353-7950
   Fax: (202) 616-3085
13 Email:William.Edgar@usdoj.gov

14 Attorneys for the United States of America

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 18  [UNDER SEAL], | No. C 08-4096 SI |
| 19       Plaintiffs, | **UNITED STATES' NOTICE OF** |
| 20       v. | **ELECTION TO INTERVENE IN PART;** |
|  | **[PROPOSED] ORDER** |
| 21  [UNDER SEAL], |  |
|  | **FILED UNDER SEAL** |
| 22       Defendant. |  |

| | |
|---|---|
| 1  TONY WEST<br>Assistant Attorney General | FILED |
| 2 | |
| 3  MELINDA HAAG (CA Bar No. 132612)<br>United States Attorney | AUG 3 ⸱ 2011 |
| 4  JOANN M. SWANSON (CA Bar No. 88143)<br>Chief, Civil Division | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

1 TONY WEST
Assistant Attorney General

2

3 MELINDA HAAG (CA Bar No. 132612)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
4 Chief, Civil Division
GIOCONDA R. MOLINARI (CA Bar No. 177726)
5 Assistants United States Attorneys
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102
    Telephone: (415) 436-7220
7   Facsimile: (415) 436-6748
    Email: Gioconda.Molinari@usdoj.gov
8
JOYCE R. BRANDA
9 TRACY L. HILMER
WILLIAM C. EDGAR
10 Attorneys, Civil Division
Patrick Henry Building, PHB 9016
11 601 D Street
Washington, D.C. 20530
12 Tel.: (202) 353-7950
Fax: (202) 616-3085
13 Email:William.Edgar@usdoj.gov

14 Attorneys for the United States of America

15 **UNITED STATES DISTRICT COURT**

16 **NORTHERN DISTRICT OF CALIFORNIA**

17 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES *ex rel.* JUDI JERDEE,<br>DEBORAH THORTON, LINDA GLASGOW,<br>AND PAIGE FIORILLO,<br><br>           Plaintiffs,<br><br>     v.<br><br>TRIWEST HEALTH CARE ALLIANCE<br>CORP.,<br><br>           Defendant. | No. C 08-4096 SI<br><br>**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

1. Pursuant to 31 U.S.C. § 3730 (b)(4), the United States hereby notifies the Court that the United States elects to intervene in this action with respect to the "Letters of Agreement" ("LOA") claims. The United States is declining intervention with respect to the remaining claims.

U.S. INTERVENTION NOTICE, No. C 08-4096 SI

1    2. The parties have entered into a Settlement Agreement in this case. Defendant's
2    payment under the Settlement Agreement is due on August 31, 2011. After receiving payment of
3    the settlement amount, the United States and the Relators will file a stipulation of dismissal in
4    this action pursuant to the terms and conditions of the Settlement Agreement.

5    3. The United States requests that the Court unseal (a) the Relators' Complaint, (b) the
6    Relators' Amended Complaint, (c) this Notice of Election and accompanying [Proposed] Order
7    Lifting Seal, and (d) all other filings in this action occurring after today's date. All other contents
8    of the Court's file in this matter (including, but not limited to, any applications filed by the
9    United States for extensions of the sixty-day investigative period, any applications for partial
10   lifting of the seal, and any orders previously entered in this matter), should remain under seal and
11   not be made public or served upon the Defendant.

Respectfully submitted,

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

Dated: August 29, 2011    By: _____
                              GIOCONDA R. MOLINARI
                              Assistant United States Attorney

Dated: August 29, 2011    By: _____ for William EDGAR
                              JOYCE R. BRANDA
                              TRACY L. HILMER
                              WILLIAM C. EDGAR
                              Civil Division, Department of Justice
                              Attorneys for the United States

//
//
//
//
//

U.S. INTERVENTION NOTICE, No. C 08-4096 SI

2

1  //
2  //
3  //
4  //
5  //
6  //
7
8                    **[PROPOSED] ORDER TO INTERVENE IN PART**
9         Upon consideration of the United States' Notice of Election to Intervene, the Court rules
10  as follows. IT IS ORDERED that:
11         1. The seal shall be lifted as to the following filings: the Relators' Complaint; the
12  Relators' Amended Complaint; this Order and the accompanying United States' Notice of
13  Election to Intervene; and all subsequent filings in this action occurring after the date of this
14  Order;
15         2. All other previously filed contents of the Court's file in this action shall remain under
16  seal and not be made public or served upon the Defendant.
17
18         IT IS SO ORDERED.
19
20  Dated: 8/30/11
21
22
23                                                    HON. SUSAN ILLSTON
                                                      United States District Judge
24
25
26
27
28