FILED

SEP X 8 2011

RICHARD W. ...
...
...

1 | TONY WEST
Assistant Attorney General
2
MELINDA HAAG (CA Bar No. 132612)
3 | United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
4 | Chief, Civil Division
GIOCONDA R. MOLINARI (CA Bar No. 177726)
5 | Assistants United States Attorneys
   450 Golden Gate Avenue, Box 36055
6 | San Francisco, California 94102
   Telephone: (415) 436-7220
7 | Facsimile: (415) 436-6748
   Email: Gioconda.Molinari@usdoj.gov
8
JOYCE R. BRANDA
9 | TRACY L. HILMER
WILLIAM C. EDGAR
10 | Attorneys, Civil Division
Patrick Henry Building, PHB 9016
11 | 601 D Street
Washington, D.C. 20530
12 | Tel.: (202) 353-7950
Fax: (202) 616-3085
13 | Email:William.Edgar@usdoj.gov                          **ORIGINAL**

14 | Attorneys for the United States of America

15 |                    **UNITED STATES DISTRICT COURT**

16 |                   **NORTHERN DISTRICT OF CALIFORNIA**

17 |                         **SAN FRANCISCO DIVISION**

18 | [UNDER SEAL],                          )   No. C 08-4096 SI
19 |                                         )
         Plaintiffs,                         )   **STIPULATION OF DISMISSAL;**
20 | v.                                      )   [~~PROPOSED~~] **ORDER**
                                             )
21 | [UNDER SEAL],                           )   **FILED UNDER SEAL**
                                             )
22 |        Defendant.                       )
                                             )
23

24

STIPULATION OF DISMISSAL
No. C 08-4096 SI

TONY WEST
Assistant Attorney General

MELINDA HAAG (CA Bar No. 132612)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
GIOCONDA R. MOLINARI (CA Bar No. 177726)
Assistants United States Attorneys
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7220
    Facsimile: (415) 436-6748
    Email: Gioconda.Molinari@usdoj.gov

JOYCE R. BRANDA
TRACY L. HILMER
WILLIAM C. EDGAR
Attorneys, Civil Division
Patrick Henry Building, PHB 9016
601 D Street
Washington, D.C. 20530
Tel.: (202) 353-7950
Fax: (202) 616-3085
Email:William.Edgar@usdoj.gov

Attorneys for the United States of America

FILED
SEP X 2011

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* JUDI JERDEE, DEBORAH THORTON, LINDA GLASGOW, AND PAIGE FIORILLO,<br><br>    Plaintiffs,<br>v.<br><br>TRIWEST HEALTH CARE ALLIANCE CORP.,<br><br>    Defendant. | No. C 08-4096 SI<br><br>**STIPULATION OF DISMISSAL; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

1. Under Fed. R. Civ. P. 41(a)(1), the United States of America and Plaintiffs-Relators Judi Jerdee, Deborah Thorton, Linda Glasgow and Paige Fiorillo, hereby stipulate to the dismissal of this action pursuant to the terms and conditions of the Settlement Agreement ("Agreement") effective August 26, 2011 ("the Agreement").

2. The Relators dismiss this action with prejudice as to themselves.

3. The United States of America dismisses with prejudice the claims concerning the "Covered Conduct" defined in the Agreement. The United States dismisses all other claims in this action without prejudice to the United States.

4. According to the terms of the Agreement, the Court retains jurisdiction over any disputes that may arise regarding compliance with them.

5. No answer has been served or filed, and no parties other than the United States and the Relators have appeared in this action.

IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

Dated: _____, 2011      By: _____
                              GIOCONDA R. MOLINARI
                              Assistant United States Attorney

Dated: _____, 2011      By: _____
                              JOYCE R. BRANDA
                              TRACY L. HILMER
                              WILLIAM C. EDGAR
                              Civil Division, Department of Justice
                              Attorneys for the United States

DONALD R. WARREN
WARREN BENSON LAW GROUP

Dated: Sept. 1, 2011      By: _____
                              DONALD R. WARREN
                              Attorney for *Qui Tam* Plaintiffs-Relators

//

STIPULATION OF DISMISSAL
C 08-4096 SI                              2

1  2. The Relators dismiss this action with prejudice as to themselves.

2  3. The United States of America dismisses with prejudice the claims concerning the

3  "Covered Conduct" defined in the Agreement. The United States dismisses all other claims in

4  this action without prejudice to the United States.

5  4. According to the terms of the Agreement, the Court retains jurisdiction over any

6  disputes that may arise regarding compliance with them.

7  5. No answer has been served or filed, and no parties other than the United States and the

8  Relators have appeared in this action.

9  IT IS SO STIPULATED.

Respectfully submitted,

TONY WEST
Assistant Attorney General

MELINDA HAAG
United States Attorney

Dated: 9/2, 2011   By: _____
GIOCONDA R. MOLINARI
Assistant United States Attorney

Dated: 9/2, 2011   By: _____  for William EDGAR
JOYCE R. BRANDA
TRACY L. HILMER
WILLIAM C. EDGAR
Civil Division, Department of Justice
Attorneys for the United States

DONALD R. WARREN
WARREN BENSON LAW GROUP

Dated: _____, 2011   By: _____
DONALD R. WARREN
Attorney for *Qui Tam* Plaintiffs-Relators

28  //

STIPULATION OF DISMISSAL
C 08-4096 SI                        2

1 //
2 //
3 //
4 //
5 //

6 [PROPOSED] ORDER

7 PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

8 1. This action is dismissed with prejudice as to Relators Judi Jerdee, Deborah Thorton, Linda Glasgow, and Paige Fiorillo .

10 2. Pursuant to the terms and conditions of the Agreement, the claims concerning the Covered Conduct are dismissed with prejudice as to the United States. All other claims in this action are dismissed without prejudice as to the United States.

13 3. The Court shall retain jurisdiction over any disputes that may arise regarding compliance with the parties' Settlement Agreement.

15 IT IS SO ORDERED.

17 Dated: 9/7/11

HON. SUSAN ILLSTON
United States District Judge