FILED

SEP X 8 2011

RICHARD W. WIEKING
U.S. DISTRICT COURT FOR THE COURT

1  TONY WEST
   Assistant Attorney General
2
   MELINDA HAAG (CA Bar No. 132612)
3  United States Attorney
   JOANN M. SWANSON (CA Bar No. 88143)
4  Chief, Civil Division
   GIOCONDA R. MOLINARI (CA Bar No. 177726)
5  Assistants United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7220
7      Facsimile: (415) 436-6748
       Email: Gioconda.Molinari@usdoj.gov
8
   JOYCE R. BRANDA
9  TRACY L. HILMER
   WILLIAM C. EDGAR
10 Attorneys, Civil Division
   Patrick Henry Building, PHB 9016
11 601 D Street
   Washington, D.C. 20530
12 Tel.: (202) 353-7950
   Fax: (202) 616-3085
13 Email:William.Edgar@usdoj.gov              **ORIGINAL**

14 Attorneys for the United States of America

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17               SAN FRANCISCO DIVISION

18 [UNDER SEAL],                    )    No. C 08-4096 SI
                                    )
19      Plaintiffs,                 )    **STIPULATION OF DISMISSAL;**
                                    )    **[PROPOSED] ORDER**
20 v.                               )
                                    )
21 [UNDER SEAL],                    )    **FILED UNDER SEAL**
                                    )
22      Defendant.                  )
   ─────────────────────────────── )
23                                  )
                                    )
24                                  )
25
26
27
28

STIPULATION OF DISMISSAL
No. C 08-4096 SI

1  TONY WEST
   Assistant Attorney General

2
   MELINDA HAAG (CA Bar No. 132612)
3  United States Attorney
   JOANN M. SWANSON (CA Bar No. 88143)
4  Chief, Civil Division
   GIOCONDA R. MOLINARI (CA Bar No. 177726)
5  Assistants United States Attorneys
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7220
7      Facsimile: (415) 436-6748
       Email: Gioconda.Molinari@usdoj.gov
8
   JOYCE R. BRANDA
9  TRACY L. HILMER
   WILLIAM C. EDGAR
10 Attorneys, Civil Division
   Patrick Henry Building, PHB 9016
11 601 D Street
   Washington, D.C. 20530
12 Tel.: (202) 353-7950
   Fax: (202) 616-3085
13 Email:William.Edgar@usdoj.gov

14 Attorneys for the United States of America

15                    **UNITED STATES DISTRICT COURT**

16                   **NORTHERN DISTRICT OF CALIFORNIA**

17                       **SAN FRANCISCO DIVISION**

18 UNITED STATES *ex rel.* JUDI JERDEE,        )   No. C 08-4096 SI
   DEBORAH THORTON, LINDA GLASGOW,             )
19 AND PAIGE FIORILLO,                         )   **STIPULATION OF DISMISSAL;**
                                               )   **[PROPOSED] ORDER**
20        Plaintiffs,                          )
          v.                                   )   **FILED UNDER SEAL**
21                                             )
   TRIWEST HEALTH CARE ALLIANCE                )
22 CORP.,                                      )
                                               )
23        Defendant.                           )
                                               )
24 _____)

25        1. Under Fed. R. Civ. P. 41(a)(1), the United States of America and Plaintiffs-Relators

26 Judi Jerdee, Deborah Thorton, Linda Glasgow and Paige Fiorillo, hereby stipulate to the

27 dismissal of this action pursuant to the terms and conditions of the Settlement Agreement

28 ("Agreement") effective August 26, 2011 ("the Agreement").

STIPULATION OF DISMISSAL
C 08-4096 SI

FILED
SEP X  2011

1    2. The Relators dismiss this action with prejudice as to themselves.

2    3. The United States of America dismisses with prejudice the claims concerning the

3    "Covered Conduct" defined in the Agreement. The United States dismisses all other claims in

4    this action without prejudice to the United States.

5    4. According to the terms of the Agreement. the Court retains jurisdiction over any

6    disputes that may arise regarding compliance with them.

7    5. No answer has been served or filed. and no parties other than the United States and the

8    Relators have appeared in this action.

9    IT IS SO STIPULATED.

10                                      Respectfully submitted.

11                                      TONY WEST
                                        Assistant Attorney General
12
                                        MELINDA HAAG
13                                      United States Attorney

14

15
     Dated: _____ , 2011         By:
16                                      _____
                                        GIOCONDA R. MOLINARI
17                                      Assistant United States Attorney

18

19   Dated: _____ , 2011         By:
                                        _____
20                                      JOYCE R. BRANDA
                                        TRACY L. HILMER
21                                      WILLIAM C. EDGAR
                                        Civil Division. Department of Justice
22                                      Attorneys for the United States

23                                      DONALD R. WARREN
                                        WARREN BENSON LAW GROUP
24

25
     Dated: Sept. 1, 2011           By:  _____
26                                      DONALD R. WARREN
                                        Attorney for *Qui Tam* Plaintiffs-Relators
27

28   //

STIPULATION OF DISMISSAL
C 08-4096 SI                                  2

1    2. The Relators dismiss this action with prejudice as to themselves.

2    3. The United States of America dismisses with prejudice the claims concerning the

3    "Covered Conduct" defined in the Agreement.  The United States dismisses all other claims in

4    this action without prejudice to the United States.

5    4. According to the terms of the Agreement, the Court retains jurisdiction over any

6    disputes that may arise regarding compliance with them.

7    5. No answer has been served or filed, and no parties other than the United States and the

8    Relators have appeared in this action.

9    IT IS SO STIPULATED.

10                                        Respectfully submitted,

11                                        TONY WEST
                                          Assistant Attorney General
12
                                          MELINDA HAAG
13                                        United States Attorney

14

15
Dated: 9/2____, 2011            By:    _____
16                                        GIOCONDA R. MOLINARI
                                          Assistant United States Attorney
17

18

19   Dated: 9/2____, 2011            By:    _____ for William EDGAR
                                          JOYCE R. BRANDA
20                                        TRACY L. HILMER
                                          WILLIAM C. EDGAR
21                                        Civil Division, Department of Justice
                                          Attorneys for the United States
22

23                                        DONALD R. WARREN
                                          WARREN BENSON LAW GROUP
24

25
Dated: _____, 2011           By:    _____
26                                        DONALD R. WARREN
                                          Attorney for *Qui Tam* Plaintiffs-Relators
27

28   //

STIPULATION OF DISMISSAL
C 08-4096 SI                              2

1    //

2    //

3    //

4    //

5    //

6                        [PROPOSED] ORDER

7            PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:

8            1. This action is dismissed with prejudice as to Relators Judi Jerdee, Deborah Thorton,

9    Linda Glasgow, and Paige Fiorillo .

10           2. Pursuant to the terms and conditions of the Agreement, the claims concerning the

11   Covered Conduct are dismissed with prejudice as to the United States.  All other claims in this

12   action are dismissed without prejudice as to the United States.

13           3. The Court shall retain jurisdiction over any disputes that may arise regarding

14   compliance with the parties' Settlement Agreement.

15           IT IS SO ORDERED.

16

17   Dated: _____9/7/11_____    _____
                                    HON. SUSAN ILLSTON
18                                  United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL
C 08-4096 SI                              3